UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. RUTH BERMUDEZ MONTENEGRO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERENICE MONTANO,<br><br>Defendant. | CASE NO.: 22CR1915-RBM<br><br>Order Granting Joint Motion to Continue |

**GOOD CAUSE APPEARING,** defendant's Motion Hearing/Trial Setting is from October 7, 2022 to November 18, 2022, at 9:00 a.m. to allow for ongoing discovery production and plea negotiations. Time is excluded under 18 U.S.C. § 3161(h)(1)(B) because of the pending pretrial motions on file, and 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

**SO ORDERED.**

Dated: October 3, 2022

_____
Honorable Ruth Bermudez Montenegro
United States District Court Judge